

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00514-CR

George **LUCIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2556-CR-A
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file a brief is granted. We order appellant's brief due November 15, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court